```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00452
   ROBERT F FIELDS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3291

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 01/09/2008 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
-------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC      27722.46         .00          .00
CITIFINANCIAL             UNSEC W/INTER       8580.00         .00          .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER       4989.88         .00          .00
CLC CONSUMER SERVICES     UNSEC W/INTER      10342.96         .00          .00
REGIONAL ACCEPTANCE CORP  SECURED             5021.38         .00          .00
AMERICAN FAMILY INSURANC  UNSEC W/INTER     NOT FILED         .00          .00
CAPITAL ONE               UNSEC W/INTER     NOT FILED         .00          .00
FRANCIS FIELDS            NOTICE ONLY       NOT FILED         .00          .00
FRANCIS FIELDS            NOTICE ONLY       NOT FILED         .00          .00
WELLS FARGO FINANCIAL IN  UNSEC W/INTER       9596.42         .00          .00
CITIFINANCIAL AUTO CREDI  UNSEC W/INTER         45.51         .00          .00
MARTIN J OHEARN           DEBTOR ATTY        3,000.00                      .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        --------------        --------------
TOTALS                        .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 06/25/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```